# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| MATTHEW SCOTT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civ. Action No. 1:19-cv-00032 (LO/MSN) |
| v. | ) ) ) | |
| TRUSTIFY, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## SWORN DECLARATION OF JACK JARRETT

Pursuant to 28 U.S.C. 1746, I, Jack Jarrett, declare under penalty of perjury that the following is true and correct:

1.  I received my undergraduate degree from Virginia Tech in 2010 and my law degree from George Mason University School of Law in 2013.

2.  I was admitted to the Virginia Bar in October 2013. I am also licensed to practice in the U.S. District Courts for the Eastern and Western Districts of Virginia, the Court of Federal Claims, and the U.S. Court of Appeals for the Fourth and Federal Circuits.

3.  I have worked as an attorney in private practice since January 2014, focusing on representing clients in employment matters.

4.  My current standard hourly billing rate is $358.00.

5.  Over the course of my career, I have represented hundreds of clients in a variety of employment matters.

6.  The work I performed work for Plaintiffs' case was contemporaneously recorded and the following tasks were performed:

| | | | |
|---|---|---|---|
| 12/4/2018 | Researched personal liability and composed email to clients re necessary information | J.J. | 1.30 |
| 12/5/2018 | Exchanged emails w clients and reviewed information submitted; researched permissibility of contacting for chief of staff | J.J. | 1.00 |
| 12/6/2018 | Updated matter and efile to show M.Scott addition | S.V. | .20 |
| 12/11/2018 | Exchanged emails w colleague re case and reviewed research | J.J. | .30 |
| 12/16/2018 | Began drafting complaint | J.J. | 1.80 |
| 12/17/2018 | Continued drafting complaint and composed email to clients re same | J.J. | 1.90 |
| 12/18/2018 | Finished drafting complaint and sent to clients for review | J.J. | 2.30 |
| 12/20/2018 | Reviewed updates and began incorporating same | J.J. | .40 |
| 1/2/2019 | Exchanged emails w clients and updated complaint | J.J. | .70 |
| 1/4/2019 | Updated complaint based on additional info and submitted to clients | J.J. | .50 |
| 1/7/2019 | Composed email to clients re case | J.J. | .10 |
| 1/8/2019 | Finalized and filed complaint; cover sheet; and summonses | J.J. | 1.20 |
| 1/22/2019 | Downloaded complaint and forwarded for service | J.J. | .20 |
| 1/23/2019 | Composed email updating clients | J.J. | .10 |
| 1/30/2019 | Call from OC re case and potential settlement; began reviewing damages claims; exchanged emails w OC | J.J. | .90 |
| 2/1/2019 | Composed email to clients; reviewed responses and calculated damages | J.J. | 2.50 |
| 2/4/2019 | Exchanged email w OC re company property | J.J. | .10 |
| 2/4/2019 | Exchanged email w OC re factual claims | J.J. | .20 |
| 2/4/2019 | Calculated damages for each plaintiff and composed emails re same to each for settlement offer | J.J. | 2.60 |
| 2/5/2019 | Exchanged emails w clients re settlement and composed settlement offer to OC | J.J. | .50 |
| 2/5/2019 | Exchanged emails w clients re return of company property | J.J. | .20 |
| 2/5/2019 | Exchanged follow up emails re return of company property | J.J. | .30 |
| 2/5/2019 | Forwarded demand and offer to managing shareholder; discussed same | J.J. | .50 |
| 2/7/2019 | Exchanged emails w clients and OC re return of laptops | J.J. | .40 |
| 2/7/2019 | Met w client and received company property | J.J. | .30 |
| 2/7/2019 | Calculated damages without liquidated and composed emails to clients re same | J.J. | .80 |
| 2/8/2019 | Exchanged emails w and met w clients re return of company property | J.J. | .80 |
| 2/8/2019 | Composed email to OC re settlement offer | J.J. | .30 |
| 2/11/2019 | Colleceted and stored computer from client | J.J. | .20 |
| 2/13/2019 | Exchanged email w clients re status | J.J. | .10 |
| 2/15/2019 | Reviewed materials and exchanged emails w OC | J.J. | .40 |
| 2/18/2019 | Exchanged email w clients re case | J.J. | .10 |
| 2/19/2019 | Met w opposing party to return laptops | J.J. | .50 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 2/20/2019 | Reviewed settlement offer and exchanged emails w OC re same | J.J. | .80 |
| 2/20/2019 | Composed email to clients re settlement | J.J. | .40 |
| 2/28/2019 | Drafted and sent emails to clients re settlement | J.J. | .80 |
| 3/1/2019 | Exchanged email w OC | J.J. | .20 |
| 3/1/2019 | Calculated fees and exchanged emails w clients | J.J. | 2.10 |
| 3/6/2019 | Composed email to Blanchard | J.J. | .20 |
| 3/6/2019 | Email to process server re status | J.J. | .10 |
| 3/6/2019 | Composed email w settlement demand to OC; email to clients re same | J.J. | .30 |
| 3/12/2019 | Email to client re status | J.J. | .10 |
| 3/20/2019 | Exchanged emails w OC | J.J. | .10 |
| 3/21/2019 | Email to OC; scanned in affidavits of service; email to clients re settlement offer | J.J. | .50 |
| 3/22/2019 | Emails and call re settlement total | J.J. | .60 |
| 3/23/2019 | Updated damages figures and emails to clients re same | J.J. | 1.00 |
| 3/25/2019 | Email to client re potential settlement | J.J. | .20 |
| 3/25/2019 | Emails and call w OC re settlement | J.J. | .20 |
| 3/26/2019 | Email to OC | J.J. | .10 |
| 3/28/2019 | Reviewed email and blog post from defendant re bankruptcy; reviewed case filed to appoint receiver | J.J. | 1.20 |
| 4/1/2019 | Email to clients re status | J.J. | .10 |
| 4/1/2019 | Reviewed email from OC re company insolvency and exchanged emails and texts w colleague re samples and next steps | J.J. | .50 |
| 4/2/2019 | Email to clients re status; researched entry of default against individuals and filed motion for same | J.J. | 2.80 |
| 4/3/2019 | Email to clients re potential other plaintiffs | J.J. | .20 |
| 4/10/2019 | Began drafting motion for default judgment | J.J. | 2.30 |
| 4/12/2019 | Email to Trustify clients; continued researching and working on motion for default | J.J. | 2.70 |
| 5/2/2019 | Drafted affidavits for memos and sent to clients | J.J. | 1.60 |
| 5/3/2019 | Email to Ms. Nugent re affidavit | J.J. | .10 |
| 5/7/2019 | Updated and sent affidavit to Ms. Blackburn | J.J. | .20 |
| 5/7/2019 | Email to clients re affidavits | J.J. | .10 |
| 5/8/2019 | Emails to Trustify clients re missing docs | J.J. | .30 |
| 5/8/2019 | Email to administrative assistants re info needed from clients | J.J. | .10 |
| 5/9/2019 | Emails to clients re offer letters | J.J. | .10 |
| 5/9/2019 | Continued drafting motion for default memo | J.J. | 2.70 |
| 5/12/2019 | Continued working on motion for default | J.J. | 1.00 |

TOTAL: 48.00

7.     The total costs incurred amount to $626.00 ($400.00 filing fee and $236.00 for service of

process on Defendants).


I declare under penalty of perjury that the foregoing is true and correct.

Executed by: _____        On: __5/23/2019__

Jack Jarrett                                          Date