# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| MATTHEW SCOTT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TRUSTIFY, INC., et al., <br><br> *Defendants*. | Civil No. 1:19-cv-00032 <br> Hon. Liam O'Grady <br> Hon. Michael S. Nachmanoff |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Michael S. Nachmanoff ("Recommendation") on July 29, 2019. Dkt. 17. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was August 12, 2019. On August 12, 2019, Plaintiffs filed an Objection to the Recommendation only to the extent the Recommendation misspelled Plaintiff Stacy Blackburn's name. Dkt. 18. Plaintiffs requested that any final judgment correct the misspelling.

Thus, after reviewing the record and Judge Nachmanoff's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation, Dkt. 17, as to damages.

Therefore, it is hereby **ORDERED** that Plaintiffs' Amended Motion for Default Judgment is **GRANTED**. Dkt. 13.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiffs Matthew Scott, Elisabeth Nugent, Kevin Wiggins, Stacy Blackburn, Bey Wesley, Matthew Blanchard,

Bernadette Vielhaber, and Andrew Little, and against Defendants Trustify, Inc. and Daniel K Boice, jointly and severally, in the amount of Two Hundred and Fifty-Nine Thousand Four Hundred and Twenty-five Dollars and Forty-Nine Cents ($259,425.49), divided as follows: $35,126.08 for Plaintiff Matthew Scott, $12,459.12 for Plaintiff Elisabeth Nugent, $21,796.32 for Plaintiff Kevin Wiggins, $62,836.52 for Plaintiff Stacy Blackburn, $21,336 for Plaintiff Bey Wesley, $4,920.43 for Plaintiff Matthew Blanchard, $62,836.52 for Plaintiff Bernadette Vielhaber, $20,630.50 for Plaintiff Andrew Little, and $17,484.00 awarded to Plaintiffs for attorney's fees and costs.

The Clerk of Court is direct to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

September 4, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge