IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Matthew Scott, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-32 |
| ) | |
| ) | |
| Trustify, Inc., et al., ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on September 04, 2019 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Plaintiffs, Matthew Scott, Elisabeth Nugent, Kevin Wiggins, Stacy Blackburn, Bey Wesley, Matthew Blanchard, Bernadette Vielhaberm and Andrew Little, and against Defendants Trustify Inc. and Daniel K. Boice, jointly and severally, in the amount of Two Hundred Fifty-Nine Thousand Four Hundred and Twenty-Five Dollars and Forty-Nine Cents ($259,425.49), divided as follows: $35,126.08 for Plaintiff Matthew Scott $12,459.12 for Plaintiff Elisabeth Nugent, $21,796.32 for Plaintiff Kevin Wiggins, $62,836.52 for Plaintiff Stacy Blackburn, $21,366 for Plaintiff Bey Wesley, $4,920.43 for Plaintiff Matthew Blanchard, $62,836.52 for Plaintiff Bernadette Vielhaber, $20,630.50 for Plaintiff Andrew Little, and $17,484.00 awarded to Plaintiffs for attorney's fees and costs.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
       Ciara Hoy
       Deputy Clerk

Dated: 09/04/2019
Alexandria, Virginia